# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RICHARD ANDRE, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br>vs.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES, LLC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,<br><br>               Defendants. | Case No. 19-cv-12883<br><br>Hon. Victoria A. Roberts<br><br>Magistrate Judge Anthony P. Patti |

**STIPULATION AND ORDER TO TRANSFER VENUE
TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
<u>DISTRICT OF TENNESSEE PURSUANT TO 28 U.S.C. 1404(A)</u>**

This is a putative securities class action arising out of Defendant SmileDirectClub, Inc.'s initial public offering.

Related putative securities class actions are also pending in the Southern District of New York, captioned *Ginsberg v. SmileDirectClub, Inc.*, No. 19-cv-9794, and in the Middle District of Tennessee, captioned *Franchi v. SmileDirectClub, Inc.*, No. 19-cv-962.

SmileDirectClub, Inc. is headquartered in Nashville, Tennessee.

This Action and the *Ginsberg* action could have been brought in the Middle District of Tennessee under 28 U.S.C. § 1391(b)(1).

For the convenience of the parties and witnesses and in the interest of justice, all parties have agreed that this Action and the *Ginsberg* action should be transferred to the Middle District of Tennessee to be consolidated with the *Franchi* action.

IT IS STIPULATED by the undersigned counsel for the respective Parties, subject to the Court's approval, that:

1. This Action be transferred to the Middle District of Tennessee pursuant to 28 U.S.C. § 1404.
2. Upon transfer, the Parties will promptly seek and stipulate to consolidation of this Action with the *Franchi* action under Rule 42(a) of the Federal Rules of Civil Procedure.

3. Defendants' time to answer, move to dismiss or otherwise respond to the existing Complaint in this Action is stayed pending appointment of a lead plaintiff and lead counsel in the consolidated action, pursuant to the Private Securities Litigation Reform Act, and the filing of a consolidated amended complaint.

**IT IS ORDERED.**

Dated: November 18, 2019

s/ Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

Stipulated and Agreed to by:

Dated: November 15, 2019

**THE MILLER LAW FIRM, P.C.**

*s/E. Powell Miller (w/consent)*
E. Powell Miller (P39487)
Marc L. Newman (P51393)
Sharon S. Almonrode (P33938)
950 W. University Dr., Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
mln@millerlawpc.com
ssa@millerlawpc.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
Pavithra Rajesh

**MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.**

*s/Matthew P. Allen*
Matthew P. Allen (P57914)
Joseph G. Vernon (P68951)
840 W. Long Lake Rd., Ste. 150
Troy, MI 48098
allen@millercanfield.com
vernon@millercanfield.com
(248) 267-3290
*Counsel for Defendants*

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com
lportnoy@glancylaw.com
clinehan@glancylaw.com
prajesh@glancylaw.com

*Counsel for Plaintiff Richard Andre*

34832556.1\158790-00003